STEVEN JENSEN,

                    Plaintiff,

        -against-

GIGCAPITAL3, INC., AVI KATZ, ANDREA
BETTI-BERUTTO, RALUCA DINU, JOHN
MIKULSKY, NEIL MIOTTO, and PETER
WANG,

                   Defendants.

Case No.: 1:21-cv-00649-ER

## **NOTICE OF VOLUNTARY DISMISSAL**

      Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against

Defendants as moot. This notice of dismissal is being filed with the Court before service by

Defendants of either an answer or a motion for summary judgment.

Dated: April 26, 2021

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*